# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY KENNEDY,** | CASE NO. 22-cv-3876-YGR |
| Plaintiff, | |
| vs. | **ORDER OF CONDITIONAL DISMISSAL** |
| **TRANSUNION, LLC.** | |
| Defendant. | |

The Court is in receipt of plaintiff's notice of settlement filed July 25, 2022 (Dkt. No. 14.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: July 25, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**